No. 11M94.  CUSTODIO v. FISHER, WARDEN;

No. 11M95.  KANOFSKY v. COMMISSIONER OF INTERNAL REVENUE;

No. 11M96.  COOK v. PEPE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT CEDAR JUNCTION;

No. 11M97.  ALLISON v. MARTIN ET AL.;

No. 11M98.  HARRIS v. OCHOA, WARDEN;

No. 11M99.  MWABIRA-SIMERA v. BARAC CO.;

No. 11M100.  NALLS v. COLEMAN LOW FEDERAL INSTITUTION ET AL.;

No. 11M101.  WHITT v. UNITED STATES (two judgments); and

No. 11M102.  BOOK v. CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–393.  NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.;

No. 11–398.  DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. v. FLORIDA ET AL.; and

No. 11–400.  FLORIDA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 11th Cir.  [Certiorari granted, 565 U. S. 1033 and 1034.]  Motion of David Boyle for leave to intervene denied.

No. 11–7632.  TATE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.; and TATE v. DAVIS ET AL.  C. A. 11th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [565 U. S. 1189] denied.

No. 11–8237.  BLACKMER v. DEPARTMENT OF JUSTICE.  C. A. 1st Cir.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [565 U. S. 1191] denied.